Affirmed and Memorandum Opinion filed December 11, 2003









Affirmed and Memorandum Opinion filed December 11,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00521-CV

____________

 

JOHN ADI, Appellant

 

V.

 

TEXAS DEPARTMENT OF INSURANCE
and KELLEY LIESMAN a/k/a KELLEY SUE LIESMAN a/k/a KELLEY S. MENEFEE, Appellees

 



 

On Appeal from the 270th
District Court

Harris County, Texas

Trial Court Cause No. 01-44960

 



 

M E M O R A N D U M  
O P I N I O N

Appellant sued the Texas Department of Insurance (ADepartment@) and its investigator, Kelley Menefee (AMenefee@), alleging defamation.  The trial court granted a summary judgment
motion in favor of the Department and Menefee.  Appellant, representing himself pro se,
presents six issues for review that can be summarized as two contentions,
namely, the trial court=s judgment should be reversed
because (1) genuine issues of material fact were raised regarding the appellees= affirmative defenses of substantial
truth and lack of injury, and (2) the judgment is founded upon defective
summary judgment evidence.








For the same reasons
articulated today by this court in Adi v.
Prudential Prop. & Cas.
Ins. Co. of Am.,
No. 14-01-01001-CV (Tex. App.CHouston [14th Dist.] Dec. 11, 2003, n. pet. h.), we affirm the trial court=s judgment.

 

 

 

 

 

/s/      J. Harvey Hudson

Justice

 

 

 

 

Judgment
rendered and Memorandum Opinion filed December 11, 2003.

Panel
consists of Justices Yates, Hudson, and Fowler.